UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MARIA SOCCORRO MARTINEZ,<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | ED CV 13-1006-SH<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: January 9, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE